427 A.2d 648

**In re Robert TALLY.**

**Appeal of Robert TALLY.**

Supreme Court of Pennsylvania.

Submitted March 2, 1981.

Decided April 15, 1981.

John Corbett, Jr., Erika Kreisman, Pittsburgh, for appellant.

James A. Esler, Asst. County Sol., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed.